EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Francisco Amundaray Rodríguez | 2007 TSPR 214 <br><br> 172 DPR \_\_\_\_ |

Número del Caso: TS-9837

Fecha: 7 de diciembre de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Francisco Amundaray Rodríguez          TS-9837

RESOLUCIÓN

San Juan, Puerto Rico a 7 de diciembre de 2007

Atendida la solicitud de reinstalación al ejercicio de la abogacía y la notaría presentada por el abogado Francisco J. Amundaray Rodríguez el 3 de diciembre de 2007, el Tribunal ordena su reinstalación <u>al ejercicio de la abogacía</u> a partir del jueves, 13 de diciembre de 2007. Se le apercibe que <u>no</u> podrá ejercer la notaría hasta que así lo disponga este Tribunal.

Se concede a la Directora de la Oficina de Inspección de Notarías el término de treinta días para que rinda un informe preliminar sobre la obra notarial que le fue incautada al abogado Francisco J. Amundaray Rodríguez.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo